IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
JUL 12 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

PHILLIP BRUINSMA,

          Petitioner,

vs.

JAMES SALMONSON,

          Defendant.

CV 18–11–M–DLC–JCL

ORDER

United States Magistrate Judge Jeremiah C. Lynch entered his Amended Order and Findings and Recommendations (Doc. 7) in this case on April 17, 2018, recommending dismissal of Petitioner Phillip Bruinsma's ("Bruinsma") petition for writ of habeas corpus under 28 U.S.C. § 2254. By failing to timely object to the Findings and Recommendations, Bruinsma waived the right to de novo review of the record. 28 U.S.C. § 636(b)(1). The Court will therefore review the record for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Lynch found, and this Court agrees, that that this matter should be dismissed because Bruinsma has not filed an individual petition for habeas corpus relief as directed. Bruinsma is precluded from filing his request for habeas relief

-1-

en masse with other petitioners. Thus, his petition will be dismissed without prejudice.

Accordingly, IT IS ORDERED that Judge Lynch's Findings and Recommendations (Doc. 7) are ADOPTED IN FULL. Bruinsma's Petition (Doc. 2) is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Clerk of Court is directed to enter a judgment of dismissal.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

DATED this 12th day of July, 2018.

Dana L. Christensen, Chief Judge
United States District Court